

FILED
JUL 18 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SANCHEZ | No. 17CR 489<br><br>Violations: Title 18, United States Code, Sections 922(g)(5)(A) and 924(c)(1)(A), and Title 21, United States Code, Section 841(a)(1) |

JUDGE DOW

MAGISTRATE JUDGE KIM

### COUNT ONE

The SPECIAL DECEMBER 2016 GRAND JURY charges:

On or about February 24, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAIVD SANCHEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 5 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about February 24, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID SANCHEZ,

defendant herein, did knowingly possess a firearm, namely, (i) a Rhoner Falcon 2033, .25 caliber pistol, bearing serial number 116971, (ii) an RG Industries RG 26, .25 caliber pistol, bearing no identifiable serial number, (iii) a Ruger 10/22, .22 caliber rifle, bearing serial number 127-93052, and (iv) a U.S.A. Military Surplus 1911A-1, .45 caliber pistol, bearing no identifiable serial number, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

In or around late January 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAIVD SANCHEZ,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about February 24, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

## DAVID SANCHEZ,

defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate commerce a firearm, namely, (i) a loaded Ruger P89, 9 millimeter pistol, bearing serial number 310-54572, (ii) a Rhoner Falcon 2033, .25 caliber pistol, bearing serial number 116971, (iii) an RG Industries RG 26, .25 caliber pistol, bearing no identifiable serial number, (iv) a Ruger 10/22, .22 caliber rifle, bearing serial number 127-93052, and (v) a U.S.A. Military Surplus 1911A-1, .45 caliber pistol, bearing no identifiable serial number, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION

The SPECIAL DECEMBER 2016 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Section 841 as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. In addition, defendant shall forfeit to the United States of America, any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 1461(c);

3. The property to be forfeited includes, but is not limited to:

    a. $3,662 in United States Currency;

    b. a Ruger P89, 9 millimeter pistol, bearing serial number 310-54572, and associated ammunition;

    c. a Rhoner Falcon 2033, .25 caliber pistol, bearing serial number 116971, and associated ammunition;

    d. an RG Industries RG 26, .25 caliber pistol, bearing no identifiable serial number, and associated ammunition;

    e. a Ruger 10/22, .22 caliber rifle, bearing serial number 127-93052, and associated ammunition; and

      f.     U.S.A. Military Surplus 1911A-1, .45 caliber pistol, bearing no identifiable serial number, and associated ammunition,

      4.     If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____

FOREPERSON

_____

ACTING UNITED STATES ATTORNEY