# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                       Case No.: 1:17−cr−00489
                                                   Honorable Robert M. Dow Jr.

David Sanchez

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 30, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr as to David Sanchez: In the Court's consideration of Defendant's original motion for new trial and acquittal [134], it has come to the Court's attention that Defendant has filed a pro se supplemental filing [142]. The Government is given until 9/13/2021 to file a response to that supplemental filing. The Court will endeavor to issue a ruling on the pending post−trial motions in advance of the sentencing date, although it is likely that the sentencing date will need to be reset to a date later in October. The Courtroom Deputy will contact counsel in regard to the sentencing date. Emailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.