# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:17−cr−00489
Honorable Robert M. Dow Jr.

David Sanchez

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 4, 2021:

MINUTE entry before the Honorable Robert M. Dow, Jr as to David Sanchez: In view of the extended briefing on Defendant's motion for new trial [134], the sentencing date of 10/8/2021 is stricken. The Court anticipates ruling on the motion during the month of October. The Courtroom Deputy will contact counsel to reset the sentencing to a date in November based on the availability of counsel and the judge. Emailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.