UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 07 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. ) Case No. 17 CR 00489-1
)
) Hon. Robert M. Dow, Jr.
DAVID SANCHEZ, )
    Defendant. )

## NOTICE OF FILING

Please Take Notice that on January 29, 2021, Defendant David Sanchez filed this letter with the Clerk of the District Court for the Northern District of Illinois complaining about the lack of proper Notice for submission of the Presentence Investigation Report prior to sentencing.

Addressed to:

Clerk of the U.S. District Court
219 S. Dearborn St.
Chicago, IL 60604

Respectfully submitted,

David Sanchez