# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                 Case No.: 1:17−cr−00489
                                                Honorable Robert M. Dow Jr.

David Sanchez

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 15, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr as to David Sanchez: Telephone Conference set for 10/25/2021 at 09:00 a.m. to set a new date for sentencing. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. Emailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.