**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                    Case No.: 1:17−cr−00489
                                                      Honorable Robert M. Dow Jr.

David Sanchez
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, October 25, 2021:


　　　　MINUTE entry before the Honorable Robert M. Dow, Jr as to David Sanchez: Telephone conference held. By agreement of the parties, sentencing is set for 12/10/2021 at 9:00 a.m. Defendant consents to sentencing by video conference. Counsel to submit a proposed CARES Act order by no later than 11/29/2021. Sentencing material and any memoranda making objections to the presentence report, seeking sentencing departures or variances, or otherwise discussing the sentencing factors set forth in Title 18 U.S.C. Section 3553(a) must be filed (in one combined filing per side) by 11/24/2021. In their sentencing materials, the parties must state whether they have any objections to, or alternate recommendations regarding, both the term and conditions of supervised release as recommended by the Probation Office. Any responses must be filed by 12/3/2021. Failure to file the material or memoranda by that deadline risks waiver or forfeiture, including the inability to raise untimely objections to the presentence report. The Government shall e−mail a completed Victim Electronic Spreadsheet (with the victim(s) and loss amount(s)) to the Courtroom Deputy and the Probation Officer by no later than 11/24/2021. The victim import spreadsheet is listed on our website on other forms page. Global addresses for victims: Financial institution/government agencies/buy money are to be used for these victims instead of branch locations etc. Emailed notice (cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.